In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-11-00098-CV

                                                ______________________________

 

 

 

                               IN THE INTEREST OF A.T.G., A CHILD

 

 

                                                                                                  


 

 

                                       On Appeal from the 307th
Judicial District Court

                                                             Gregg County, Texas

                                                     Trial Court No. 2010-1011-DR

 

                                                   
                                               

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                              Memorandum Opinion by Justice Carter








                                                     MEMORANDUM 
OPINION

 

            The
Texas Department of Family and Protective Services, the sole appellant in this
case, has filed a motion seeking to dismiss its appeal.  Pursuant to Rule 42.1 of the Texas Rules of
Appellate Procedure, its motion is granted. 
Tex. R. App. P. 42.1.

            We
dismiss the appeal.

 

 

                                                                        Jack
Carter

                                                                        Justice

 

Date
Submitted:          October 18, 2011

Date Decided:             October 19, 2011